# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| JENNIFER BROWNING, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 4:12-cv-00078-TWP-WGH |
| CAROLYN W. COLVIN, | ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Motion for Attorney's Fees. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act (Dkt. 26) is granted in part consistent with the Report and Recommendation. The Court finds that the EAJA entitles Plaintiff to recover an award of $4,699.80, consisting of the $350.00 filing fee and 23.9 hours of Mr. Mooney's labor at $182 per hour.

Date: 12/26/2013

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Michael Jay Mooney
mjmooney@fuse.net

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov